USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jester,

          Plaintiff,

–v–

National Railroad Passenger Corp.,

          Defendants.

21-cv-6980 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per the Court's order on September 16, 2021 (Dkt. No. 5), the Court will hold pre-trial conference in this matter on November 12, 2021. The parties were ordered to submit their Proposed Civil Case Management Plan and Joint Letter by November 3, 2021. Dkt. No. 5. The Court orders that the parties file these documents by November 10, 2021.

SO ORDERED.

Dated: November 8, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge