```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Angelique Jester,

                Plaintiff,

-against-

National Railroad Passenger Corp.,

                Defendant.

1:21-cv-06980 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    The parties shall submit a joint letter regarding the status of discovery on Tuesday, May 3, 2022.

**SO ORDERED.**

Dated:    New York, New York
            April 14, 2022

_____
STEWART D. AARON
United States Magistrate Judge