USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/8/22__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**ANGELIQUE JESTER,**

                  **Plaintiff,**

      -against-

**NATIONAL RAILROAD PASSENGER CORP.,**

                  **Defendant.**

21-cv-06980 (ALC)

**ORDER OF DISCONTINUANCE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   July 8, 2022
           New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**